**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA**
**GREENSBORO DIVISION**

| | |
|---|---|
| In Re:<br>**KIRBY DENISE WILSON** | CASE NO.  19-11185 |
| Social Security No.: xxx-xx-5023<br>Address: 20 Peggy Sue Court, Greensboro, North Carolina 27407- | CHAPTER 13 |
| Debtor | |

## CERTIFICATION OF LMM ELIGIBILITY AND READINESS

Debtor Kirby Denise Wilson certifies that:

1. Participation in the *Loan Modification Management Program* ("LMM") will be in good faith and the eligibility requirements have been met.

2. It is understood and agreed that there is an ongoing obligation to promptly provide information and documentation that may be reasonably requested by U.S. Bank Trust National Association, As Trustee Of The Tiki Series IV c/o SN Servicing Corporation ("Creditor") during the LMM process.

3. Adequate Protection Payments will be made to Creditor in the amount of $452.40 each month during the LMM period.

4. The commencement of the LMM is voluntary and there is no requirement for any party to enter into any agreement or settlement with any other party as part of the LMM.

5. It is understood that dismissal of the bankruptcy case shall not be made a requirement of any agreement reached through the LMM.

6. Failure to fully comply with the requirements of the LMM may result in termination of the LMM.

7. The Document Preparation Software has been completed and the non-refundable fee has been paid directly to an approved vendor of Document Preparation Software.  The LMM package has been completed and is ready for submission.  The Certification of Document Preparation is attached.

8. It is understood and agreed that the required non-refundable LMM Portal Submission Fee and the Program Manager Fee must be paid upon entry of an order approving the Motion for Loan Modification Management.

9. Prior to filing the Motion for Loan Modification Management, it was determined that:

    __X__    Creditor is already registered with approved Portal.

    ____    Creditor is not registered with the approved Portal. A request is hereby made that the Creditor be required to register with the approved Portal within ten (10) days of the entry of an order approving this motion.

Date: 5/21/2021

/S Kirby Denise Wilson
Signature of Kirby Denise Wilson

# Certification of Document Preparation

This *Certification of Document Preparation* shall confirm that the following borrower has successfully completed docUmods:

- Borrower Name:
- Mailing Address:
- Property Address:
- Bankruptcy Jurisdiction:
- Bankruptcy Case No.:
- Mortgage Servicer:
- Mortgage Loan No.:
- Invoice No.:

Please be sure to sign and date all forms and gather all supporting documents.

Sincerely,

Default Mitigation Management LLC