**UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION**

In Re:
**KIRBY DENISE WILSON**

**CASE NO. 19-11185**

Social Security No.: xxx-xx-5023
Address: 20 Peggy Sue Court, Greensboro, North Carolina 27407

**CHAPTER 13**

Debtor

**AFFIDAVIT OF SERVICE**

I, Angela Sabillon-Mosher, of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on 5/26/2021, I served copies of the foregoing **Motion For Loan Modification Management Post-Confirmation and Plan Modification** by **automatic electronic noticing** upon the following parties:

Anita Jo Kinlaw Troxler
Chapter 13 Trustee
P.O. Box 1720
Greensboro, NC 27402-1720

and by **certified mail** addressed to:

FDIC address:

U.S. Bank Trust National Association, As Trustee of The Tiki Series IV
**Attn: Officer or Managing Agent**
425 Walnut Street
Cincinnati, OH 45202

The certified mail tracking number is: 9171 9690 0935 0266 8820 10

   Note: A supplement to this Affidavit with proof of delivery will be filed at a later date.

and by regular, **first-class United States mail**, addressed to:

U.S. Bank Trust National Association, As Trustee of The Tiki Series Iv
c/o SN Servicing Corporation
Attn: Officer or Managing Agent
323 Fifth Street
Eureka , CA  95501

NC Housing Finance Agency
Attn: Jennifer Percy
3508 Bush St.
Raleigh, NC 27609

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave.
Washington, D.C. 20530

U.S. Attorney's Office (MD)
Attn: Officer or Managing Agent
101 South Edgeworth Ave., 4th floor
Greensboro, NC 27401

Rachel's Keep Homeowners Association
Attn Registered Agent: David Priestley
P.O. Box 4408
Greensboro, NC 27404

Guilford Co. Tax Collections
P.O. Box 3328
Greensboro, NC 27402

Kirby Denise Wilson
20 Peggy Sue Court
Greensboro, North Carolina 27407

/s Angela Sabillon-Mosher
_____
Angela Sabillon-Mosher